DANIEL G. BOGDEN
United States Attorney
District of Nevada

ANNABELLE J. YANG
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8946
Fax: (415) 744-0134
annabelle.yang@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA TREJO, | Case No. 2:15-cv-01792-APG-NJK |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (***FIRST REQUEST***) |
| Defendant. | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on December 7, 2015, by 45 days, through and including January 21, 2016.

An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

-2-

1   Counsel for Defendant conferred with Plaintiff's counsel, Marc V. Kalagian, on November 24,
2   2015. Plaintiff's counsel stated he has no opposition to this motion.
3   Respectfully submitted this 30th day of November 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 30, 2015

-2-