1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  PATRICK SNYDER, CSBN 260690
   Special Assistant United States Attorney
4  Social Security Administration
   160 Spear Street, Suite 800
5  San Francisco, CA 94105
   Telephone: (415) 977-8927
6  Facsimile: (415) 744-0134
   Email: Patrick.Snyder@ssa.gov
7
   Attorneys for Defendant
8

9

10

11                **UNITED STATES DISTRICT COURT**

12                     **DISTRICT OF NEVADA**

13  YOLANDA TREJO,                        )
                                          ) Case No. 2:15-CV-01792-APG-NJK
14               Plaintiff,               )
                                          ) **NOTICE OF CHANGE OF ATTORNEY**
15       v.                               )
                                          )
16  CAROLYN W. COLVIN,                    )
    Acting Commissioner of Social Security, )
17                                        )
                 Defendant.               )
18
    ///
19
    ///
20
    ///
21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26

- 1 -

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant United States Attorney (SAUSA) as its counsel of record in the above-captioned case:

> Patrick Snyder
> Special Assistant United States Attorney
> Social Security Administration
> 160 Spear Street, Suite 800
> San Francisco, CA 94105
> Telephone: (415) 977-8927
> Facsimile: (415) 744-0134
> Email: Patrick.Snyder@ssa.gov

**SAUSA Annabelle Yang should be terminated and receive no further notifications from the Court's CM/ECF system.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 3, 2016 | DANIEL G. BOGDEN<br>United States Attorney |
|  | */s/ Patrick Snyder*<br>PATRICK SNYDER<br>Special Assistant United States Attorney |

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED.

DATED: May 4, 2016

_____
Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Patrick Snyder, certify that the following individuals were served with a copy of the **NOTICE OF CHANGE OF ATTORNEY** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian
211 E. Ocean Blvd., Suite 420
Long Beach, CA 90802
Email: marc.kalagian@rksslaw.com

Gerald Welt
703 S. 8th St.
Las Vegas, NV 89101
Email: gmwesq@weltlaw.com

DATED: July 28, 2014

                             */s/ Patrick Snyder*
                             PATRICK SNYDER
                             Special Assistant United States Attorney