UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA TREJO, ) | |
| ) | Case No. 2:15-cv-01792-APG-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, Acting ) | (Docket No. 19) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant's unopposed motion for extension of time. Docket No. 19. While Defendant docketed her motion as an unopposed motion to extend time to file cross-motion for summary judgment, the text of the motion asks the Court to extend Defendant's time to answer the complaint. *Id*. at 1. As the answer to the complaint has already been filed, and Defendant's response to Plaintiff's motion and Defendant's counter-motion are due on May 6, 2016, the Court construes the instant motion as it was docketed. Accordingly, Defendant's request for an extension is **GRANTED**. Defendant's response to Plaintiff's motion and counter-motion to affirm are due June 8, 2016.

IT IS SO ORDERED.

DATED: May 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge