UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| YOLANDA TREJO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No. 2:15-cv-01792-APG-NJK<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF Nos. 16, 22) |

On October 13, 2016, Magistrate Judge Koppe entered a report and recommendation that I (1) deny plaintiff Yolanda Trejo's motion to remand and (2) grant defendant Carolyn Colvin's motion to affirm. Trejo did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I nevertheless find that Judge Koppe sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation (ECF No. 22) is accepted, plaintiff Yolanda Trejo's motion to remand (ECF No. 16) is DENIED, and defendant Carolyn Colvin's motion to affirm (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that the clerk of court shall enter judgment in favor of defendant Carolyn W. Colvin and against plaintiff Yolanda Trejo.

DATED this 9th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE